1
2
3
4
5
6
7
8                      UNITED STATES DISTRICT COURT
9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10

11  FRANKIE LICON,                          No. 2: 17-cv-1063 KJN P

12              Plaintiff,

13        v.                                ORDER & FINDINGS &
                                            RECOMMENDATIONS
14  W. DAVID SMILEY, et al.,

15              Defendants.

16

17        By order filed July 7, 2013, plaintiff's complaint was dismissed and thirty days leave to

18  file an amended complaint was granted. Thirty days from that date have now passed, and

19  plaintiff has not filed an amended complaint, or otherwise responded to the court's order.

20        Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall appoint a

21  district judge to this action; and

22        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. <u>See</u>

23  Local Rule 110; Fed. R. Civ. P. 41(b).

24        These findings and recommendations are submitted to the United States District Judge

25  assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

26  after being served with these findings and recommendations, plaintiff may file written objections

27  with the court and serve a copy on all parties. Such a document should be captioned

28  "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that

                                            1

failure to file objections within the specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated:  August 15, 2017

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Lic1063.fta